IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD RENARD THOMAS #20050089846, )
                                   )
                    Plaintiff,     )
                                   )
     v.                            )    No. 06 C 1070
                                   )
SHERIFF OF COOK COUNTY             )
MICHAEL F. SHEAHAN, et al.,        )
                                   )
                    Defendants.    )

MEMORANDUM ORDER

Ronald Thomas ("Thomas") has submitted a 42 U.S.C. §1983 Complaint against Cook County Sheriff Michael Sheahan and other defendants, using the form provided by this District Court's Clerk's Office for use by pro se plaintiffs who are in custody (Thomas is confined at the Cook County Department of Corrections ("County Jail")). Thomas has accompanied the Complaint--unfortunately just the original, without the required copies for service--with both an In Forma Pauperis Application ("Application") and a printout covering the transactions in his trust fund account at the County Jail, the latter as required by 28 U.S.C. §1915 ("Section 1915"). Those filings enable this Court to process Thomas' filings in the manner set out here.

To begin with, the Application is granted to the extent that Thomas is not required to <u>prepay</u> the $250 filing fee, although he is liable to pay that entire fee in installments (see Section 1915(a)(1) and (b)(1)). This Court has calculated the average monthly deposits to Thomas' trust fund account during the time

that he has been in custody (from November 14, 2005 through the date of filing) as amounting to $26.06, so that the required initial partial filing fee comes to $5.21. Accordingly, pursuant to Section 1915(b)(1) Thomas is assessed that initial amount of $5.21, and the County Jail trust fund officer is ordered to collect that partial fee from Thomas' trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department

After such payment the trust fund officer at County Jail (or at any other correctional facility where Thomas may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $250 filing fee is paid. Both the initial payment and all future payments shall clearly identify Thomas' name and the 06 C 1070 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the County Jail trust fund officer.

As for the substantive merits of Thomas' Complaint, this Court expresses no view. But before the case can go forward in

any event, Thomas must furnish enough additional copies of the Complaint to provide one for service on <u>each</u> of the defendants and another one for this Court's chambers. Thomas has identified three defendants by name, while the "Cook County Sheriff Police Department" is not a suable entity and the unnamed "Police Investigators of Cook County Sheriff Police Department" obviously cannot be served until they are identified. Accordingly just four more copies of the Complaint are currently required, but Thomas will have to furnish more in the future as and when other defendants are identified by name.

Thomas is granted until March 20, 2006 to submit the necessary additional copies of the Complaint, failing which this Court would have to dismiss this action for failure to comply with court rules. In the meantime, on the assumption that Thomas will comply with this memorandum order, a scheduling order is also being entered now. If as anticipated one or more of the defendants will have been served and appeared through counsel before the initial status hearing date specified in that order, counsel must make arrangements for Thomas to be available to participate in that status hearing via telephone.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 2, 2006