IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD RENARD THOMAS #20050089846,  )
                                    )
                Plaintiff,          )
                                    )
      v.                            )   No. 06 C 1070
                                    )
GREGORY LONGMIRE, et al.,           )
                                    )
                Defendants.         )

## MEMORANDUM

As directed by this Court's brief November 7, 2006 memorandum order, appointed counsel for plaintiff Ronald Thomas ("Thomas") has filed a response that sets out grounds for rejection of defendants' charge of nonexhaustion of available administrative remedies--a charge that if sustained would call for dismissal under 42 U.S.C. §1997e(a). That submission appears facially correct, and unless defense counsel were to file a persuasive refutation supporting the nonexhaustion claim on or before December 4, 2006, this Court will strike the First Affirmative Defense set out in defendants' Answer to Thomas' Second Amended Complaint.[1]

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: November 21, 2006

---

[1] Indeed, it may well be prudent not to credit the non-exhaustion claim at this time in any event--see 75 U.S.L.W. 3241-43 (U.S. Nov. 7, 2006), reporting the differing views expressed by the Supreme Court Justices during the October 30 oral argument of Jones v. Bock, No. 05-7058 in Williams v. Overton, No. 05-7142.